**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00297-CR

**KIRK STEVEN JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-70153-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's July 21, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
           JUSTICE